No. 1168, Misc. YOST *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied.

No. 1160, Misc. BRITTON ET AL. *v.* THOMSEN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus denied. *William Harris Zinman* on the motion. *Francis B. Burch,* Attorney General of Maryland, and *George W. Liebmann,* Assistant Attorney General, for respondents Bullen et al. in opposition.

No. 824. WHYY, INC. *v.* BOROUGH OF GLASSBORO ET AL. Appeal from Sup. Ct. N. J. Probable jurisdiction noted. *Grover C. Richman, Jr.,* for appellant. *John W. Trimble* for appellee Borough of Glassboro.

No. 1049. FEDERAL TRADE COMMISSION *v.* TEXACO INC. ET AL. C. A. D. C. Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Turner, Lawrence G. Wallace, James McI. Henderson* and *Alvin L. Berman* for petitioner. *Milton Handler* for Texaco Inc., and *Edgar E. Barton* for B. F. Goodrich Co., respondents.

No. 937. COMMONWEALTH COATINGS CORP. *v.* CONTINENTAL CASUALTY CO. ET AL. C. A. 1st Cir. Certiorari granted. *Emanuel Harris* for petitioner. *Luther P. House, Jr.,* for respondents.